# Exhibit D

The Wayback Machine - https://web.archive.org/web/20220926142419/https://vivitrolabs.com/product/a...

🍁 1 (250) 388-3531 (tel:12503883531)    🇪🇺 +33 4 86 68 68 10 (https://web.archive.org/web/20220926142419/tel:+33486686810)


(https://web.archive.org/web/20220926142419/https://vivitrolabs.com/)



- **OVERVIEW** (HTTPS://WEB.ARCHIVE.ORG/WEB/20220926142419/HTTPS://VIVITROLABS.COM/PRODUCT/ADC-HEART-VALVE-DURABILITY-TESTER)
- **FEATURES** (HTTPS://WEB.ARCHIVE.ORG/WEB/20220926142419/HTTPS://VIVITROLABS.COM/PRODUCT/ADC-HEART-VALVE-DURABILITY-TESTER?TAB=FEATURES)
- **SOFTWARE** (HTTPS://WEB.ARCHIVE.ORG/WEB/20220926142419/HTTPS://VIVITROLABS.COM/PRODUCT/ADC-HEART-VALVE-DURABILITY-TESTER?TAB=SOFTWARE)
- **SPECIFICATIONS** (HTTPS://WEB.ARCHIVE.ORG/WEB/20220926142419/HTTPS://VIVITROLABS.COM/PRODUCT/ADC-HEART-VALVE-DURABILITY-TESTER?TAB=SPECS)

## *Automatic Dual Control Technology (ADC)*
## *Greater accuracy, less manual interaction saves time*

ADC automates individual test module stroke and pressure control.

- Dedicated linear electromagnetic motor utilizes position feedback for consistent heart valve opening.

- By-pass restrictor with patented control algorithm automatically maintains valve differential pressure.

- Continuous real-time data analysis counts every ISO cycle and yields 0% count error

A prewired controller unit and data acquisition system accommodates any combination of up to 6 test modules.

Transparent customizable test chambers are designed for maximum flexibility to fit any valve size and geometry with optimum inflow, outflow, and lateral visibility on test samples.

ViVitro ADC Heart Valve Durability Tester Independent test modules enable fast, easy interchangeability of test samples and system components with minimum disruptions to adjacent on-going test modules.

Automatic Dual Control technology maintains valve loading conditions throughout the entire test for up to 6 individually controlled chambers.

Flow Loop System autonomously runs under a low hydrostatic pressure head, which decreases the load on all seals and bellows. No external pressure source or compressor is required.

Contact us (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/contact/) to learn more about the ADC Heart Valve Durability Tester and how ViVitro can help you meet your cardiovascular device testing needs.



(https://web.archive.org/web/20220926142419/https://vivitrolabs.com/wp-content/uploads/2022/09/ADC-Heart-Valve-Durability-Tester_Brochure.pdf)

ViVitro ADC Heart Valve Durability Tester meets ISO 5840 AWT, DFM test requirements for all valve types and designs including: transcatheter and surgical valves:
aortic, mitral, pulmonary and tricuspid valve technologies, biological tissue valves, rigid metallic or polymeric and soft polymeric valve technologies.

ViVitro ADC Heart Valve Durability Tester can be used to assess cardiac valve repair devices, transcatheter cardiac occluders, and cardiac implant devices.

Join over 5000 cardiovascular device professionals who receive our testing and engineering insights and tips every month.

email address                                                                                                                       SUBSCRIBE

Home (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/)

News & Press Releases (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/press-releases)

Careers (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/careers)

Contact (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/contact)

About Vivitro Labs (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company)

Management Team (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/management-team)

Advisory Board (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/advisory-board)

Cardiovascular Pioneers (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/pioneers)

Cited Publications (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/cited-publications)

Company History (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/timeline)

Equipment (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/products)

Testing Services (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/services)

Customized Equipment (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/customization)

Support (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/support)

 (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/)

1.250.388.3531 (tel:12503883531)

info@vivitrolabs.com (https://web.archive.org/web/20220926142419/mailto:info@vivitrolabs.com)

(https://web.archive.org/web/20220926142419/https://facebook.com/ViVitroLabs)

(https://web.archive.org/web/20220926142419/https://twitter.com/ViVitroLabs)

(https://web.archive.org/web/20220926142419/https://www.linkedin.com/company/vivitro-labs-inc-)

©2022 ViVitro Labs

Privacy
(https://web.archive.org/web/20220926142419/https://vivitrolabs.com/privacy)