IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:23-cv-867

BIOMEDICAL DEVICE CONSULTANTS &
LABORATORIES OF COLORADO, LLC

 Plaintiff,

vs.

VIVITRO LABS, INC.

 Defendant.

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

 Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC ("BDC"), hereby provides this Corporate Disclosure Statement and declares that it is wholly owned by its parent company, Tentamus North America. A supplemental disclosure statement will be filed upon any change in the information provided.

 Respectfully submitted this 7th day of April, 2023.

             DORSEY & WHITNEY LLP

             *s/ Gregory S. Tamkin*
             Gregory S. Tamkin
             Maral J. Shoaei
             1400 Wewatta Street, Suite 400
             Denver, Colorado 80202
             Telephone: (303) 629-3400
             E-mail:tamkin.greg@dorsey.com
               shoaei.maral@dorsey.com

             Shannon L. Bjorklund
             DORSEY & WHITNEY LLP
             50 South Sixth Street, Suite 1500

Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Email: bjorklund.shannon@dorsey.com

*Attorneys for Plaintiff Biomedical Device
Consultants & Laboratories of Colorado, LLC*