## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:23-cv-867-SKC

BIOMEDICAL DEVICE CONSULTANTS &
LABORATORIES OF COLORADO, LLC

     Plaintiff,

vs.

VIVITRO LABS, INC.

     Defendant.

---

## DECLARATION OF MICHAEL GIRARD IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

---

I, Michael J. Girard, hereby declare and state as follows:

1.     I have been retained by Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC ("BDC") to offer technical analysis and opinions regarding various issues relevant to this action, including infringement and validity (if challenged) of the Patent-in-Suit, U.S. Patent No. 9,237,935 ("the '935 Patent"). I have personal knowledge of the facts herein, and if called as a witness, I could and would testify competently thereto.

2.     My education includes a Bachelor of Science in Civil (Structural) Engineering from the University of Illinois, and a Master of Business Administration from the University of St. Thomas.

3.     I am currently the President of my own consulting firm, Girard Technical Services, Inc. My firm provides research and development, engineering, and technical management consulting services in the medical device industry.

MJG

4. I have over 42 years of experience in engineering, thirty-two of which are in the medical device industry. I am a named inventor on 52 issued U.S. Patents with additional applications pending.

5. My experience includes work with many cardiovascular devices and specifically includes more than 24 years of heart valve experience. I've worked for several medical device companies in the role of development and testing of both surgical and transcatheter delivered prosthetic heart valves. Testing of prosthetic heart valves usually includes durability testing at accelerated rates with equipment like the systems produced by BDC and ViVitro. Therefore, I am very familiar with durability test equipment and the requirements of such testing. My curriculum vitae is attached hereto as **Exhibit A**.

A. **TECHNOLOGY OVERVIEW**

6. This case concerns equipment used for durability or accelerated wear testing of heart valves. Before any medical device, such as a prosthetic heart valve, is marketed, it must meet certain regulatory standards. International bodies, such as the International Organization for Standardization ("ISO"), set certain standards, such as those for testing the durability of medical devices, including heart valves. The specific standards for heart valves are defined in ISO 5840.

7. Prosthetic heart valves must be tested to ensure that they will function for the anticipated life of the patient by opening and closing the valve leaflets under flows and pressures that are present within the human vascular system. The normal human heart beats about 40 million times each year. The test requirements for evaluating prosthetic heart valves according to the above-mentioned standards require that the valves be able to survive and function for hundreds of millions of cycles (*e.g.*, at least 5 years or 200 million cycles). The valves must also be able operate over a specific range of opening and closing pressures that simulate physiological

2

conditions, and therefore testing standards require that a specific pressure differential be generated across the valve when closed for at least 5% of each cycle.

8.     Testing systems use a test fluid to mimic blood and pressurize the fluid to mimic the blood pressure in the human body.  Testing requires fluid flow through the valve and creating a pressure differential across the test valve when closed at a certain minimum pressure for a certain length of the cycle.  A "drive mechanism" such as a pump drives the test fluid into the test chamber in order to create the fluid flow and desired pressure conditions.  In order to complete hundreds of millions of cycles in a commercially viable timeframe, durability testing is done on an "accelerated" basis.  In other words, the speed of the cycles is faster than a normal human heartbeat (a normal beat rate is 70 beats per minute – bpm).  Using current technology at accelerated cycling of 800 bpm, testing takes approximately six months to simulate 200 million cycles.

### B.     PROBLEMS IN PRIOR ART TECHNOLOGY

9.     The Patent-in-Suit identifies several problems with the prior art.

10.     Driving mechanisms in the prior art had limited control over closing rates and would often produce "pressure spikes" when the systems maintain pressure above the testing threshold for the amount of time required by testing standards.  These pressure spikes are undesirable because they wear out valves during testing faster than they would be worn out in the human body, causing false early test failures.

11.     According to the Patent-in-Suit, prior art valve testing devices also experienced operational problems.  For example, one prior art device used a flexible metallic bellows to pressurize.  '935 Patent at 1:34-36.  However, a higher load is required to drive the metallic bellows and can thus, impact the reliability of the test system and increase maintenance requirements which increases the already lengthy durability testing process.

MJG

## C.    OVERVIEW OF THE PATENT-IN-SUIT

12.    The Patent-in-Suit proposes to solve these problems in the prior art.

13.    The '935 Patent covers a device for accelerated testing of valved prosthetics with several components including a test chamber and an "excess volume area" that is connected to a return chamber.  A sample configuration of a test chamber is shown below that illustrates an exemplar excess volume area and return chamber :



14.    The excess volume area improves the testing environment by minimizing unnatural and undesirable pressure spikes and provides advantages of speed and longevity in the drive system.  When the system is driving test fluid through the prosthetic valve, the excess volume area is able to store the excess volume downstream of the prosthetic test valve.  This can alleviate some of the system pressure during the drive stroke.  The excess volume area also

MJB

provides compliance in that it reduces/impacts the resistance and the forward flow pressure gradients across the valve, minimizing unnatural and undesirable pressure noise or spikes. During the reverse stroke of the motor when the valve is closing, the excess volume area and its ability to provide compliance helps to build back pressure on the valve, return the downstream volume to the pump and continue to minimize unnatural and undesirable valve closing pressure spikes, *i.e.*, recoil, that can negatively impact the durability of the prosthetic test valve.

15.     The Patent-in-Suit offers potential advantages for heart valve durability testing compared to the prior art.  The use of the excess volume area, which reduces pressure spikes, allows the system to better address the rigors of the durability testing standards without exposing the test valves to undesirable, excess, and clinically irrelevant pressures.

### D.     INFRINGEMENT ANALYSIS OF THE ADC HEART VALVE DURABILITY TESTER

16.     I understand that the accused device in this case is the ViVitro ADC Heart Valve Durability Tester.  To understand the components of the ADC Heart Valve Durability Tester and their operation, I have reviewed the following:  the Patent-in-Suit, a historical copy of the ViVitro website describing the ADC Heart Valve Durability Tester (attached as **Exhibit E**), the sales brochure for the ADC Heart Valve Durability Tester (attached as **Exhibit B**), literature describing the prior ViVitro system (the HiCycle Durability Tester), and literature related to other durability testers of heart valves, and durability testers of other products.

17.     I understand that the patent infringement analysis involves two steps:  (1) claim construction, and (2) comparison of the accused product to the construed claims.  I understand that direct infringement of an apparatus claim requires that each and every limitation set forth in a claim appear in the accused products.

### i.    Claim Construction

18.    I understand that claim terms are to be given the ordinary and customary meaning of the term as evaluated from the perspective of one of ordinary skill in the art at the time of the invention. I further understand that the claim term is to be read in context of the claim itself and in the context of the entire patent, including the specification, but that limitations from the specification should not be read into the claims.

19.    Most of the language used in the relevant claims—claims 1-4, 8-9 and 12-13— can be readily understood by a person of ordinary skill in the art without any construction by a court, and the plain and ordinary meaning should suffice. Specifically, the following terms are readily understandable to a person of ordinary skill in the art and should be given their plain and ordinary meaning:

- "pressure source"

- "pressurizable test chamber"

- "fluid distribution chamber"

- "fluid return chamber"

- "excess volume area"

- "under compression"

20.    Based on context, including both the claims and the specification, the person of ordinary skill would understand that the term "compliance chamber" to mean "a cavity or volume that functions to absorb some of the pressure in the system." This is explained directly in the specification of the Patent-in-Suit. *See, e.g.*, '935 Patent at 9:8-16. The specification explains that the chamber or chambers absorb some of the pressure placed upon the fluid in the test chamber and can also impact the recoil. Likewise, the compliance chamber minimizes the

6

effect of rapidly changing pressure gradients associated with accelerated testing.  Finally, the compliance chamber is "a cavity or volume" because the specification notes that it may be air or another gas and may directly contact the fluid or may be separated from the fluid by a membrane.

21.     The person of ordinary skill would understand that the plain meaning of "under compression" is that compressive forces are being placed on the test system fluid, *i.e.*, it is under pressure.  Incompressible liquids cannot be compressed (absent very strong force).  However, incompressible liquids can be placed "under compression."  In other words, compressive forces can be placed on liquids.  This is the principle behind the field of hydraulics and hydraulic systems: pressure is created and transmitted by placing compressive forces on incompressible fluids.  Thus, the plain meaning of "under compression" is "under pressure."

**ii.     Comparison of Claim Elements to ADC Heart Valve Durability Tester**

22.     It is my opinion that the ADC Heart Valve Durability Tester infringes at least claims 1-4, 8-9 and 12-13 of the '935 Patent.

23.     The ADC Heart Valve Durability Tester includes all the elements of the Patent-in-Suit.  A copy of the sales brochure for the ADC Heart Valve Durability Tester, which was available on ViVitro's website as recently as March 27 2023, is attached as **Exhibit B.**  Annotated images of the ADC Heart Valve Durability Tester, taken from that brochure, are shown below and attached as **Exhibit C.**  As noted, it has a test chamber with an excess volume area:



**Automatic Dual Control Technology (ADC)
Greater accuracy, less manual interaction saves time**

24. The ADC Heart Valve Durability Tester also has a drive motor that operates the system at an accelerated rate. For example, as of March 27, 2023, ViVitro's website described the ADC Heart Valve Durability Tester as offering "[a]ccelerated wear testing for replacement heart valves," including a "[d]edicated linear electromagnetic motor [that] utilizes position feedback for consistent heart valve opening." *See* **Exhibit E** (Sept. 16, 2022 capture of ViVitro webpage).

25. As explained in the following claim charts, it is my opinion that due to these features, and the other features discussed in the charts, that the ADC Heart Valve Durability Tester infringes claims of the Patent-in-Suit.

*MJG*

| Claim Limitation for '935 Patent | Presence of Limitation in ADC Heart Valve Durability Tester System |
|---|---|
| 1. A device for accelerated cyclic testing of a valved prosthetic device comprising | The ADC Heart Valve Durability Tester product is advertised by ViVitro as a "Heart Valve Durability Tester." Ex. B at 1. A prosthetic heart valve is a valved prosthetic device.<br><br>The ADC Heart Valve Durability Tester product is also touted by ViVitro as a device for "*[a]ccelerated* wear testing for replacement heart valves." Ex. E (Sept. 16, 2022 ViVitro website) (emphasis added). One touted "feature" is that its "[a]utomatic control system maintains optimum valve loading conditions *during accelerated wear or real time testing*." Ex. B at 2 (emphasis added).<br><br>The ViVitro website states that the ADC Heart Valve Durability Tester "meets ISO 5840 AWT, DFM test requirements for all valve types and designs…." Ex. E at 2; Ex. B at 2. This standard requires cyclic testing.<br><br>Therefore, the ADC Heart Valve Durability Tester is a system for "accelerated cyclic testing of a valved prosthetic device." |
| a pressure source configured to drive a test system fluid cyclically within the device above a normal physiological rate, at an accelerated pulsed rate of greater than 200 beats per minute within the device; and | Feature A (Ex. C at 1; Ex. B at 3):<br><br><br><br>The ADC Heart Valve Durability Tester includes a pressure source (contained in the base in the above image). The device operates at a frequency of 1-70 Hz. Ex. B at 4. Hertz (Hz) is a unit of measurement for cycles per second in which 1 Hz corresponds to a rate of 60 beats per minute. Per ISO 5840, accelerated testing is performed at speeds higher than 200 beats per minute (3.33 Hz). Therefore, the ADC Heart Valve Durability Tester is configured to drive a test system fluid at an accelerated pulsed rate. |

MJ6

| Claim Limitation for '935 Patent | Presence of Limitation in ADC Heart Valve Durability Tester System |
|---|---|
| a pressurizable test chamber for containing the test system fluid and further comprising |  **Feature B-Pressurizable Test Chamber**<br><br>Feature B (*see* Ex. C at 1):<br><br>This picture shows a pressurizable test chamber. The pressurizable test chamber is also clearly noted by the location of the test sample and the inflow and outflow pressure measurement locations shown in Ex. B at 3. The ADC Heart Valve Durability Tester has "[l]arge, customizable chamber[s]" and "[i]nflow and outflow chamber annular compliance rings optimize differential pressure waveforms." Ex. B at 2. |
| a fluid distribution chamber positioned on a first side of the valved prosthetic device and in fluid communication with the pressure source | <br>Feature C (*see* Ex. C at 1):<br><br>This picture shows a fluid distribution chamber positioned underneath (in-flow side) the prosthetic valve being tested.<br><br>The pressure source (Feature A, Ex. C at 1) is in fluid communication with the fluid distribution chamber at the point indicated by the note above, referencing a leakage sensor. *See* Ex. B. |

10

MJC

| Claim Limitation for '935 Patent | Presence of Limitation in ADC Heart Valve Durability Tester System | |
|---|---|---|
| a fluid return chamber positioned on a second side of the valved prosthetic device; |  | Feature D (*see* Ex. C at 1):<br><br>On the other side of the prosthetic heart valve (out-flow side - the side opposite the fluid distribution chamber), is a fluid return chamber, shown with the red arrow. |
| a fluid return conduit both structurally and fluidly connecting the fluid distribution chamber to the fluid return chamber; and |  | Feature E (*see* Ex. C at 1):<br><br>The conduits "both structurally and fluidly" connect the fluid distribution chamber and the fluid return chamber. |

| Claim Limitation for '935 Patent | Presence of Limitation in ADC Heart Valve Durability Tester System |
|---|---|
| an excess volume area capable of operating at the accelerated pulsed rate, wherein the excess volume area is in fluid communication with the fluid return chamber providing a volume for storing a volume of a test system fluid when the test system fluid is under compression. | Feature F (*see* Ex. C at 1):  **Feature F- Excess Volume Area** The excess volume area is shown by a red arrow, *i.e.*, the volume adjacent to the annular compliance ring. As discussed above, the device operates at an accelerated rate. Therefore, the excess volume area is "capable of operating at the accelerated pulsed rate." Moreover, when the test fluid in this closed system is under compression, it moves from the fluid return chamber to the excess volume area. The two are "in fluid communication," and a portion of this fluid is stored in the excess volume area. |
| 2. The device in claim 1 further comprising a drive motor; and | Feature A (*see* Ex. C at 1).  Feature A- pressure Source The sales brochure states that the "dedicated linear electromagnetic motor utilizes position feedback for consistent heart valve opening." Ex. B at 1. Thus, the ADC Heart Valve Durability Tester is driving fluid with linear drive motor. |

MJG

| Claim Limitation for '935 Patent | Presence of Limitation in ADC Heart Valve Durability Tester System |
|---|---|
| a fluid displacement member connected with and driven by the drive motor to provide the pressure source that increases and decreases a pressure on the test system fluid in the test chamber. | Feature H (*see* Ex. C, Ex. B at 3):   **Feature H- Fluid Displacement Member** The ADC Heart Valve Durability Tester indicates that this feature has a "[f]luid sensor for bellows leakage detection" and "ADC: Automatic Pressure Control and Automatic Stroke Control." Ex. B at 3. A person of ordinary skill in the art would understand that this discloses fluid displacement using a bellows system to convert the linear drive motor movements into fluid pressures. The pressure control system would use a pressure source that increases and decreases of pressure that is transmitted to the test chamber (Feature B). |

MJG

| Claim Limitation for '935 Patent | Presence of Limitation in ADC Heart Valve Durability Tester System |
|---|---|
| 3. The device of claim 2, wherein the drive motor is configured to operate cyclically, acyclically, or a combination of both, to provide cyclic and acyclic fluid pressures within the test chamber. |  Feature G- signal generator <br><br> Feature G (*see* Ex. C, Ex. B at 3): <br><br> The linear electromagnetic motor drive system of the ADC tester is driven by the signal generator (Feature G). Typically the linear motor would be driven by a programmed cyclical waveform. However, the system has the option for driving the signal by an "External Waveform In." Ex. B at 3. This indicates that the waveform could not just be cyclical, but acyclical or a combination of both. |
| 4. The device of claim 2, wherein the drive motor comprises a linear motor. |  Feature A- pressure Source <br><br> Feature A (*see* Ex. C at 1). <br><br> The sales brochure states that the "dedicated linear electromagnetic motor utilizes position feedback for consistent heart valve opening." Ex. B at 1. Thus, the ADC Heart Valve Durability Tester is driving fluid with linear drive motor. |

| Claim Limitation for '935 Patent | Presence of Limitation in ADC Heart Valve Durability Tester System | |
|---|---|---|
| 8. The device of claim 1, wherein the excess volume area further contains a volume of a compressible gas that is compressed by the volume of the test system fluid to provide a spring force when the volume of the test system fluid is stored in the excess volume area. |  | The ADC Heart Valve Durability Tester has "[l]arge, customizable [test] chamber[s]" and "[i]nflow and outflow chamber annular compliance rings optimize differential pressure waveforms." Ex. B at 2. The annular compliance rings optimize differential pressure by allowing gas adjacent to the membrane compress when under pressure. *See* Ex. B at 3. That compressed gas provides a spring force against the fluid that moves into the excess volume formerly occupied by the compressible gas. |
| 9. The device of claim 1, wherein the excess volume area comprises a compliance chamber defining a cavity within the fluid return chamber. |  | The ADC Heart Valve Durability Tester has "[l]arge, customizable [test] chamber[s]" and "[i]nflow and outflow chamber annular compliance rings optimize differential pressure waveforms." Ex. B at 2. The compressible cavity defines the compliance chamber. The annular compliance ring on the "outflow" side of the valve is adjacent to the fluid return chamber. *See* Ex. B at 3. |

MJG

| Claim Limitation for '935 Patent | Presence of Limitation in ADC Heart Valve Durability Tester System |
|---|---|
| 12. The device of claim 9, wherein the compliance chamber provides a volume for holding a gas or elastomeric material that compresses under a pressure placed upon the test system fluid in the test chamber and allows the test system fluid in the test chamber to occupy a portion of the volume in the compliance chamber. |  The ADC Heart Valve Durability Tester has "[l]arge, customizable [test] chamber[s]" and "[i]nflow and outflow chamber annular compliance rings optimize differential pressure waveforms." Ex. B at 2. The annular compliance rings provide compliance by holding a compressible gas adjacent to a membrane that separates the gas from the fluid. The compliance ring on the "outflow" side of the valve defines an interface with the compliance chamber within the fluid return chamber. *See* Ex. B at 3. When under pressure, the gas compresses, allowing the test fluid to occupy a portion of the volume of that compliance chamber. |
| 13. The device of claim 1, wherein the test chamber defines a first port on a first side of the valved prosthetic device and a second port on a second side of the valved prosthetic device: and | Feature C shows a pressurizable test chamber. *See* Ex. C at 1. The sales brochure further discloses "[s]ingle inflow, and 3 different heights of outflow pressure measurements," Ex. B at 2, which are ports for attaching pressure measurement equipment located on the inflow side of the valve (first side) and the outflow side (second side) of the valve. Ex. B at 3.  |

MJG

| Claim Limitation for '935 Patent | Presence of Limitation in ADC Heart Valve Durability Tester System |
|---|---|
| the first port and the second port are configured to receive one or more sensor devices. | Feature C shows a pressurizable test chamber. *See* Ex. C at 1.<br><br>The sales brochure further depicts inflow and outflow ports that are 3-way luer lock fittings that are typically are used to attach pressure sensor transducers for the "pressure measurements" as stated. Ex. B at 2.<br><br><br>Single inflow, and 3 different heights of outflow pressure measurements |

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on

APRIL 10, 2023 in _LINO LAKES, MN_

By: _Michael J. Girard_

Michael J. Girard

# Exhibit A

# MICHAEL J. GIRARD, P.E.

6318 White Owl Drive
Lino Lakes, MN  55014
(651) 442-4361 (mobile)
mgirards@comcast.net

**PROFESSIONAL PROFILE:**

Technical business leader with over 42 years of engineering and leadership experience, including the last 33 years in the medical device industry.  Proven track record of developing products and technologies to drive business growth for US based and international organizations from start-up level to industry leaders.  Demonstrated ability for creating technical strategic vision, implementing plans and building technical teams to support the strategy.  Provided leadership and development for R&D groups of up to 25 people in highly cross-functional environments.

**PROFESSIONAL EXPERIENCE:**

*April 2017 to Present*

**Girard Technical Services, Inc. – Lino Lakes MN**
***President - Consultant***

Independent consulting services for R&D, engineering and technical management focusing on the medical device industry.  Expert medical device witness experience supporting litigation issues.

*January 2015 to April 2017*

**HLT, Inc. – Bracco Group, Maple Grove MN**

***Vice President, Research & Development*** – *Reporting to General Manager*

HLT is a medical device company owned by the Bracco Group in Milan Italy that is developing products for Transcatheter Aortic Valve Implantation (TAVI).  The company experienced deployment issues and halted a clinical feasibility study in late 2014 just prior to joining HLT.  Initial responsibilities involved leading the redesign and development of the delivery system, but then took over the entire R&D group in mid-2015.  Reorganized and developed the R&D department into a strong team of 20 engineers and technicians.  Both the valve and delivery system were redesigned and design verification testing completed to demonstrate significant improvement in performance from the system that failed in 2014.  The redesigned system resumed use in a clinical trial in late 2016 and now has successfully implanted valves in five patients.  In addition to leading the R&D efforts, the Product Development Process (PDP) was overhauled to be more effective, and a short and long-term product development strategy was created and the patent portfolio was managed and expanded to protect the technology.  The development strategy drove the initiation of several successful projects to fill the product pipeline with further improvements and a next generation system.

*April 2009 to January 2015*

**JVT R&D Corporation/JenaValve, Irvine CA**
**JenaValve Technology GmbH, Munich Germany**

***Head of Valve Development*** – *Reported to VP of R&D (11/12 to 1/15), Reported to CEO (4/09 to 11/12)*

JenaValve is a company developing and marketing products intended for the treatment of aortic valve disease based on catheter delivered prosthetic heart valve technologies.  Started with the company at the early start-up stage providing technical expertise and leadership.  Responsible for all valve engineering, development and manufacturing activities as the company grew from initial prototypes through the clinical trial and commercialization with two implantable valve product lines.  Included extensive international travel to manage activities and interact with company personnel, outside development and contract manufacturing partners in multiple countries.  Key responsibilities and accomplishments included the following:

- Porcine root heart valve for the 32F transapical delivery approach:
  - Finalized the development and manufacturing processes
  - Coordinated *in vitro* valve testing and manufacturing of the prostheses to support First-In-Man (FIM) clinical studies started in 10/09
  - Coordinated all *in vitro* valve testing for Regulatory Submissions to obtain a 9/12 CE Mark approval
  - Managed valve manufacturing and production activities with a UK based manufacturing partner through the commercial launch of the product in Europe.
  - Transferred manufacturing processes for the porcine root prosthesis to a 2nd source manufacturing partner in Canada to increase output and minimize production risks.
  - Implemented manufacturing improvements to double manufacturing yields from 30% to over 60%

- Pericardial heart valve for the 22F transapical and 18F transfemoral delivery approaches:
  - Performed directly and/or managed all design, engineering and development for the unique 2nd generation prostheses product line
  - Coordinated all *in vitro* valve testing and manufacturing of the prostheses to support FIM clinical studies started in 12/13 and Regulatory Submissions to initiate CE Mark clinical studies in 2014
  - Managed valve manufacturing of the pericardial valve prosthesis with a Canada based development and manufacturing partner
  - Transitioned manufacturing management activities to a new JenaValve manufacturing team based in Irvine
- Inventor on several key US and International patent applications to protect unique prosthesis design features.
- Led the establishment of a valve R&D group in Irvine, CA.

*May 2008 to April 2009*

**ATS Medical, Inc., Maple Grove MN (now part of Medtronic, Inc.)**

**Consultant** – *Reported to VP of R&D*

ATS Medical was a surgical cardiovascular medical device company. Provided expertise and services to support engineering and development activities. Responsibilities included cryogenic ablation product development and improvements for the surgical based Atrial Fibrillation (AF) treatment product line. Coordinated and led less experienced engineers with design, testing and implementation activities. Investigated new cryogenic technologies for a 2nd generation AF treatment product platform.

*April 2005 to April 2008*

**St. Jude Medical, Inc., St. Paul MN (now part of Abbott Laboratories)**

**Senior Director, Research & Development** – *Reported to VP of R&D, Cardiovascular Division (9/06 to 4/08), Reported to Division President, Cardiac Surgery Division (4/05 to 9/06)*

Responsible for the management and leadership of all research and development activities for the cardiac surgery business. This included a department of 25 engineers, scientists and technicians with an annual expense budget of approximately $6M. Some of the key individual and group accomplishments and activities include the following:

- Responsible for developing business portfolio technology strategy.
- Prepared and presented yearly operational plans and 5 year strategic plans to upper management for the cardiac surgery business.
- Launch of new products and line extensions of existing products within the cardiac surgery product portfolio. Products launched from 4/05 to 4/08 are expected to generate approximately 20% of Division revenue in 2008 ($60M).
- Completed development and gained approval to start an IDE clinical trial for a completely new aortic tissue valve platform.
- Developed technical strategy, negotiated outside collaborative partnerships and initiated development programs on two key future product platforms:
  - Transcatheter beating heart aortic valve replacement
  - Polymer valve
- Worked with legal department and outside attorneys to manage extensive IP portfolio, including filing more than 20 key new patent applications for novel technologies.
- Primary technical interface for evaluation of new technologies and business opportunities with physicians and other outside organizations.
- Provided materials and analytical chemistry testing for entire Division

*October 2003 to April 2005*

**Impres Medical, Inc., Edina MN**

**Vice President, Research & Development** – *Reported to Chief Executive Officer*

Impres Medical was a small start-up company developing technologies in the area of gynecology. Responsibilities included directing all research and development strategies and activities focused on demonstrating concept feasibility and the development of an intrauterine implant device and delivery system to treat abnormal uterine bleeding. Coordinated the device design, manufacture and pathological evaluations of biological tissue response of the device in preclinical and clinical studies. Filed several key pieces of IP based on very unique device tissue response and performance. In addition, key support was provided to the CEO to help company fund raising activities.

| | |
|---|---|
| *May 1998 to October 2003* | **Acorn Cardiovascular, Inc., St. Paul MN** |

**Director, Product Development** – *Reported to Chief Technology Officer (11/98 to 10/03), Reported to President/CEO (5/98 to 11/98)*

Acorn Cardiovascular was a start-up company developing a Class III implanted Cardiac Support Device (CSD) that provided mechanical support for the ventricular portion of the heart to treat congestive heart failure. Responsibilities included the overall management and leadership for all product development activities. Was the second hired employee in an instrumental role helping to build the staff, infrastructure and lead development efforts required to take the CSD from concept to a clinical and commercial product. This included defining and implementing the product development procedure framework to assure satisfying all QSR requirements.

The CSD, packaging and accessories for implantation were developed and ready for first clinical use in only 12 months, which exceeded initial company expectations. Key responsibilities, activities and challenges that were met included the following:

- Hired staff to support product development and other operational functions.
- Planned and helped coordinate build-out and equipment set-up for lab, prototype shop and pilot manufacturing in a new facility.
- Created Product Development Protocol (PDP) and Intellectual Property (IP) Procedures, and supported development of numerous other procedures/policies for a Quality System (QS) that meets ISO requirements.
- Led all product development efforts.
- Directly supervised a department of 5 engineers/technicians.
- Set-up outside supply and development agreements for key materials and components.
- Coordinated preparation of drawings, specifications, manufacturing procedures, test protocols, reports and execution of all product bench testing.
- Coordinated preparation of design verification protocols, testing and reports.
- Wrote all engineering sections for CE Mark and FDA regulatory submissions.
- Key product development milestones starting from time of hire and product concept (5/98):
  - First clinical implant in Europe – 12 months
  - FDA IDE approval - 19 months
  - ISO 9001/EN46001 facility approval - 25 months
  - CE Mark approval to sell in Europe - 29 months
  - US clinical trials and approval for the CSD continued beyond 10/03

| | |
|---|---|
| *October 1990 to May 1998* | **St. Jude Medical, Inc., St. Paul MN (now part of Abbott Laboratories)** |

**Manager, Product Design and Evaluation Center** *(12/96 to 5/98) - Reported to Director of QS*

Responsible for leading a department of ten employees performing design, computer modeling, analyses, engineering testing, rapid prototyping and machine shop prototyping for both mechanical and tissue valve R&D programs. This position also provided input to define the strategic direction and annual operating plans for Divisional R&D. The department managed had an annual expense budget of $1.8 million.

Led all structural/mechanical Finite Element Analysis (FEA) and Computational Fluid Dynamics (CFD) activities required to evaluate new and existing designs for the Division. These analyses supported project needs in the areas of engineering design, regulatory agency submissions, marketing and manufacturing.

Responsibilities also included the development of new testing methods and the coordination of existing tests to evaluate new and existing components and products for durability and hydrodynamic performance. New technologies such as particle image velocimetry (PIV) were implemented to enhance the flow testing capabilities of the department. Coordinated all R&D prototyping and manufacturing fixture development activities using departmental CNC lathe, CNC milling and stereolithography capabilities.

Provided input to help guide IP protection decisions as part of a six-member Divisional panel that reviewed all new ideas and technologies.

**Project Manager** *(9/95 to 12/96) - Reported to Director of Mechanical Development Programs*

Responsible for project leadership of the minimally invasive surgery (MIS) product line. This position helped shape the strategic direction for St. Jude's involvement in MIS for heart valves. Coordinated the development of

components to enable valve repair and replacement using new surgical techniques.  This included coordination of a relationship with an outside business partner who pioneered a new surgical approach.  In addition, activities involved directing an in-house cross functional project team in designing, testing, documenting, manufacturing, obtaining regulatory approval and launching a new valve delivery system into the market.  Obtained regulatory approvals and commercially launched the first MIS valve system for mitral valve replacement in October of 1996.  Coordinated the preparation of a detailed business plan to support the market launch.

***Manager, Mechanical Valve Technologies*** *(12/93 to 9/95) - Reported to Vice President of Technology*

Responsible for leading a department of nine engineers and technicians performing R&D projects to advance the mechanical heart valve product line.  As head of this department, provided input to define the strategic direction and annual operating plans for mechanical valve R&D.  Was directly responsible for managing departmental expenses with an annual budget of $1.6 million.

The department provided support for various projects, product regulatory submissions/approvals, transition of product and process to manufacturing, and technical support for marketing.  The capabilities of this department included design, analysis and testing to support both mechanical and tissue R&D programs.  The design and analyses included 3D computer modeling and further utilization and expansion of the FEA and CFD capabilities that were previously established in-house.  Testing services performed included *in vitro* accelerated life, steady flow, and pulsatile flow that simulate *in vivo* blood flow conditions.  New testing methods were developed as needed to evaluate new products and components, including *in vitro* testing to directly evaluate blood damage resulting from prosthetic heart valve mechanics.  This testing provided a new method for comparing and assessing blood interactions for new valve designs.

Also served as the project leader for several R&D projects such as a large cross-functional (12 to 15 core team members) project to develop a rotatable valve product line from conceptual design through market launch in 15 months.

***Principle Design Engineer*** *(3/93 to 12/93) - Reported to Product Development Manager*
***Senior Design Engineer*** *(10/90 to 3/93) - Reported to Product Development Manager*

Performed structural/mechanical design and analyses of heart valves and components to support R&D projects.  Analyses included coordinating computer simulation using ANSYS structural/mechanical finite element analysis (FEA).  Initially, coordinated FEA performed by outside consultants, but within 5 months brought capabilities for FEA in-house to save $300k/year in outside service expenses.

Expanded responsibilities to lead both structural mechanical computer analyses as well as simulation of blood flow using FIDAP computational fluid dynamics (CFD).  Hired and supervised two engineers to help provide design and computer analyses for numerous R&D projects.  Also was responsible for preparing design drawings, specifications, reports and coordination of work with outside vendors for fabrication of injection molded components, software vendors, hardware vendors and engineering consulting firms.

*March 1986 to*   **FluiDyne Engineering Corp., Minneapolis MN (now part of Aero Systems Engineering, Inc.)**
*October 1990*

    ***Structural/Mechanical Engineer*** *(3/86 to 10/90) - Reported to Manager of Facility Engineering*

FluiDyne provided engineering consulting, testing and development of turnkey test facilities such as wind tunnels.  Primary customers for these services and facilities were the U.S. Air Force, NASA and other aviation and space agencies throughout the world.  Responsibilities included design, analysis and fabrication support for the development of advanced aerodynamic test facility component and system assemblies.  Performed design and analysis of structural and pressure vessel components for both static and dynamic loadings using both manual calculations and ANSYS finite element computer methods.  Utilized technical codes such as AISC, ASME, ANSI, UBC and foreign pressure vessel codes extensively to evaluate loads, stresses and fatigue life.

Prepared engineering documents, including calculation packages, specifications, reports and design drawings.  As Lead Engineer on several projects, directed less experienced engineers, tracked project budgets/schedules and reported status to management.  Also, prepared cost estimates for large-scale project design feasibility studies, interfaced with clients, regulatory agencies, subcontractors and vendors on various projects.

*June 1980 to*   **NUTECH Engineers, Minneapolis MN (1/83 to 3/86)**
*March 1986*   **NUTECH Engineers, San Jose CA (6/80 to 1/83)**

**Project Engineer** *(1/83 to 3/86) - Reported to Engineering Manager*
**Design Engineer/Lead Engineer** *(6/80 to 6/81) - Reported to Unit Supervisor of the Structural Mechanics Group*

NUTECH provided consulting services to the nuclear power industry. Responsible for design, analysis and implementation of various structural and mechanical system modifications at several nuclear power plant facilities. Provided technical and project leadership for a number of plant modification projects. This included preparing loading and analysis calculations, design specifications, drawings, design reports and safety evaluations to support Nuclear Regulatory Commission (NRC) requirements. Design and analysis activities utilized both manual calculations and computer methods for static and dynamic mechanical loads, as well as thermal conditions. Structural and mechanical engineering codes such as AISC, ASME and ANSI were used extensively to design and evaluate modifications. In addition to technical tasks, project budgets and schedules were managed and reported to upper management and customers.

**EDUCATION:**      University of St. Thomas, Minneapolis, MN, M.B.A., December 1996
University of Illinois, Urbana, IL, B.S. Civil (Structural) Engineering, May 1980

**PROFESSIONAL REGISTRATIONS:**
Professional Engineer in the State of Minnesota, Registration No. 017035 4
Professional Engineer in the State of California, Registration No. C 043378

**PATENTS:**      Inventor for 52 issued US patents, with other patent applications pending. See Appendix A for a list of US issued patents.

**APPENDIX A:  Issued US Patents – Michael J. Girard Inventor**

| Patent No. | Issue Date | Assignee | Title |
|---|---|---|---|
| 11,589,981* | 2/28/23 | JVT | Prosthetic heart valve and transcatheter delivered endoprosthesis comprising a prosthetic heart valve and a stent |
| 11,185,405* | 11/30/21 | JVT | Radially collapsible frame for a prosthetic valve and method for manufacturing such a frame |
| 11,154,398 | 10/26/21 | JVT | Stent for the positioning and anchoring of a valvular prosthesis in an implantation site in the heart of a patient |
| 10,993,805 | 5/4/21 | JVT | Stent for the positioning and anchoring of a valvular prosthesis in an implantation site in the heart of a patient |
| 10,702,382 | 7/7/20 | JVT | Stent for the positioning and anchoring of a valvular prosthesis in an implantation site in the heart of a patient |
| 10,603,164* | 3/31/20 | JVT | Prosthetic heart valve and endoprosthesis comprising a prosthetic heart valve and a stent |
| 10,433,954* | 10/8/19 | JVT | Radially collapsible frame for a prosthetic valve and method for manufacturing such a frame |
| 10,405,973 | 9/10/19 | SJM | Collapsible expandable prosthetic heart valves with native calcified leaflet retention features |
| 10,154,901 | 12/18/18 | JVT | Stent for the positioning and anchoring of a valvular prosthesis in an implantation site in the heart of a patient |
| 9,987,133 | 6/5/18 | JVT | Stent for the positioning and anchoring of a valvular prosthesis in an implantation site in the heart of a patient |
| 9,867,699 | 1/16/18 | JVT | Endoprosthesis for implantation in the heart of a patient |
| 9,867,694* | 1/16/18 | JVT | Radially collapsible frame for a prosthetic valve and method for manufacturing such a frame |
| 9,744,031* | 8/29/17 | JVT | Prosthetic heart valve and endoprosthesis comprising a prosthetic heart valve and a stent |
| 9,615,921 | 4/11/17 | SJM | Collapsible/expandable prosthetic Heart Valves with Native Calcified Leaflet Retention Features |
| 9,439,759 | 9/13/16 | JVT | Endoprosthesis for implantation in the heart of a patient |
| 9,364,321 | 6/14/16 | SJM | Collapsible/Expandable prosthetic Heart Valves with Native Calcified Leaflet Retention Features |
| 9,289,290 | 3/22/16 | SJM | Collapsible/expandable prosthetic Heart Valves with Native Calcified Leaflet Retention Features |
| 8,801,598* | 8/12/14 | Mardil | Cardiac support device |
| 8,790,395 | 7/29/14 | JVT | Stent for the positioning and anchoring of a valvular prosthesis in an implantation site in the heart of a patient |
| 8,784,481 | 7/22/14 | SJM | Collapsible/expandable prosthetic heart valves with native calcified leaflet retention features |
| 8,468,667 | 6/25/13 | JVT | Device for compressing a stent |
| 8,465,540 | 6/18/13 | JVT | Stent for the positioning and anchoring of a valvular prosthesis |
| 8,398,704 | 3/19/13 | JVT | Stent for the positioning and anchoring of a valvular prosthesis in an implantation site in the heart of a patient |
| 8,109,868* | 2/7/12 | Mardil | Cardiac support device |
| 8,100,821 | 1/24/12 | Mardil | Low friction delivery tool for a cardiac support device |
| 7,326,174 | 2/5/08 | Acorn | Cardiac disease treatment and device |
| 7,214,181 | 5/8/07 | Acorn | Septum attached ventricular support |
| 6,951,534* | 10/4/05 | Acorn | Cardiac support device |
| 6,902,524 | 6/7/05 | Acorn | Cardiac disease treatment and device |
| 6,730,016 | 5/4/04 | Acorn | Cardiac disease treatment and device |
| 6,682,476 | 1/27/04 | Acorn | Cardiac disease treatment and device |
| 6,682,475 | 1/27/04 | Acorn | Tension indicator for cardiac support device and method therefore |
| 6,572,533 | 6/3/03 | Acorn | Cardiac disease treatment and device |
| 6,564,094 | 5/13/03 | Acorn | Cardiac disease treatment and device |
| 6,482,146 | 11/19/02 | Acorn | Cardiac disease treatment and device |
| 6,358,278 | 3/19/02 | SJM | Heart valve prosthesis with rotatable cuff |

| | | | |
|---|---|---|---|
| 6,176,877 | 1/23/01 | SJM | Two-piece prosthetic heart valve |
| 6,176,876 | 1/23/01 | SJM | Leaflet positioning for a mechanical heart valve |
| 6,174,279** | 1/16/01 | Acorn | Cardiac constraint with tension indicator |
| 6,155,972 | 12/5/00 | Acorn | Cardiac constraint jacket construction |
| 5,984,973* | 11/16/99 | SJM | Integral supporting structure for bioprosthetic heart valve |
| 5,984,958** | 11/16/99 | SJM | Heart valve prosthesis with wear reducing edges |
| 5,910,170 | 6/8/99 | SJM | Prosthetic heart valve stent utilizing mounting clips |
| 5,876,436 | 3/2/99 | SJM | Rotatable cuff assembly for a heart valve prosthesis |
| 5,843,179 | 12/1/98 | SJM | Suture guard for prosthetic heart valve |
| 5,843,178 | 12/1/98 | SJM | Suture guard for annuloplasty ring |
| 5,814,101 | 9/29/98 | SJM | Holder for heart valve prosthesis |
| 5,788,689 | 8/4/98 | SJM | Prosthetic heart valve rotator tool |
| 5,776,187 | 7/7/98 | SJM | Combined holder tool and rotator for a prosthetic heart valve |
| 5,735,842 | 4/7/98 | SJM | Low profile manipulators for heart valve prostheses |
| 5,716,417* | 2/10/98 | SJM | Integral supporting structure for bioprosthetic heart valve |
| 5,571,175 | 11/5/96 | SJM | Suture guard for prosthetic heart valve |

*Note:  * Lead inventor, ** Sole inventor*

# Exhibit B

ViVitro Labs

# VIVITRO ADC™
# HEART VALVE
# DURABILITY TESTER



ViVitro ADC Heart Valve Durability Tester
- 6 test module configuration

*Information and images are accurate as of publication, but subject to change.*

## Automatic Dual Control Technology (ADC)
## Greater accuracy, less manual interaction saves time

**ADC automates individual test module stroke and pressure control.**

- Dedicated linear electromagnetic motor utilizes position feedback for consistent heart valve opening.
- By-pass restrictor with patented control algorithm automatically maintains valve differential pressure.
- Continuous real-time data analysis counts every ISO cycle and yields 0% count error.

A prewired controller unit and data acquisition system accommodates any combination of up to 6 test modules.

Transparent customizable test chambers are designed for maximum flexibility to fit any valve size and geometry with optimum inflow, outflow, and lateral visibility on test samples.

ViVitro ADC Heart Valve Durability Tester independent test modules enable fast, easy interchangeability of test samples and system components with minimum disruptions to adjacent on-going test modules.

Automatic Dual Control technology maintains valve loading conditions throughout the entire test for up to 6 individually controlled chambers.

Flow Loop System autonomously runs under a low hydrostatic pressure head, which decreases the load on all seals and bellows. No external pressure source or compressor is required.

ViVitro ADC Heart Valve Durability Tester meets ISO 5840 AWT, DFM test requirements for all valve types and designs including: transcatheter and surgical valves: aortic, mitral, pulmonary and tricuspid valve technologies, biological tissue valves, rigid metallic or polymeric and soft polymeric valve technologies.

ViVitro ADC Heart Valve Durability Tester can be used to assess cardiac valve repair devices, transcatheter cardiac occluders, and cardiac implant devices.

## More ViVitro ADC Heart Valve Durability Tester Features

- True independent test modules with no fluid connections and dedicated electronics including linear electromagnetic motors, automated by-pass control, and temperature measurement.

- Automatic control system maintains optimum valve loading conditions during accelerated wear or real time testing.

- Large, customizable test chamber design fits all valve sizes and geometry and accommodates supporting structure(s).

- Modular system optimizes part and component interchangeability.

- Standalone architecture eliminates neighboring module disruptions.

- Vertical test sample configuration minimizes gravity effects on valve leaflets, leading to symmetric wear.

- Valve holder design facilitates chamber seal integrity.

- Integrated anti-vibration systems minimize pressure signal disruptions and improve high speed video quality.

- Inflow and outflow chamber annular compliance rings optimize differential pressure waveforms.

- Independent heater and temperature sensors each test module and corresponding test valve.

- Adjustable intensity annular LED light delivers maximum high-speed imaging luminosity with minimal reflection impact.

- Customizable valve annulus ring fits all valve geometries.

- Adjustable outflow pressure sensor height accommodates different valve designs, including valves in conduits.

- Pressure design features low system mean (approx. 10 mmHg) for load reduction and increased lifespan of seals and bellows. No external pressure source or compressor required.

- Camera holder ensures repeatable high-speed camera positioning, increased test image capture quality and reliability between inspection cycles.

- Embedded safety systems include bellows leakage sensor, fluid level detector, temperature change and pressure drop monitoring.

- Sliding test module mechanism provides test sample inflow visualization and ease of servicing.

- Optimum test chamber visibility for image capture in outflow, inflow, front, lateral, and 45° viewing positions.



## ViVitro ADC Heart Valve Durability Tester - 2 test module configuration

*Information and images are accurate as of publication, but subject to change.*



Adjustable intensity annular LED light *

High Speed Camera w/ CMOS sensor *

Test module visual indicator

ADC: Automatic Pressure Control and Automatic Stroke Control

Continuous and periodic data logging

Integrated fluid heating system and temperature measurement

20mm F2.0 Manual lens

Vertical test sample orientation

OUT

IN

Inflow and outflow annular compliance rings

1 Analog signal OUT (waveform generator)

3 Analog signal IN

12 Analog pressure transducer ports

Prewired controller: Up to 6 test modules

Anti-vibration systems

Fluid sensor for bellow leakage detection

Quick fill and drain

Single inflow, and 3 different heights of outflow pressure measurements

Outflow, inflow, front, both sides, and 45° view

Sliding test module mechanism

SYNC output

External Waveform In

*Optional items*

## Specifications

| | |
|---|---|
| **Test module weight:** | Empty = 20.6 kg/module<br>Full = 22.1 kg/module |
| **Full Controller and Data Acquisition unit weight:** | 8.4 kg |
| **Footprint - 6 modules configuration:** | Min Bench Length = 1650 mm*<br>Min Bench Depth = 600 mm<br>Height = 362 mm (without Camera)<br>Height = 400 mm (with Camera) |
| **Footprint - 2 modules configuration:** | Min Bench Length = 850 mm*<br>Min Bench Depth = 600 mm<br>Height = 362 mm (without Camera)<br>Height = 400 mm (with Camera) |
| **Controller power supply requirements fully loaded:** | 675 W w/ 6 chambers with controller, 1 light ring, heaters on, at 100 mmHg No DAQ, No PC |
| **System operating frequencies[2]:**<br>[2] Tested w/ calibrated orifice | 1 Hz to 70 Hz[1]<br>[1] Test sample behavior and frequency response dependant. |
| **Test chamber diameter** | Max support OD: 95 mm |
| **Test chamber height & clearance:** | Total Height/clearance up to 113.5 mm |
| **Piston max stroke volume:** | 38 ml/stroke |
| **Test chamber transparency:** | Inflow, outflow, left and right, 1 angle at right 45° |
| **Average hydrostatic pressure head:** | 10 mmHg |

*\* Minimal distance between units: 30 mm*



**ViVitro ADC Heart Valve Durability Tester
- 1 test module configuration**

*Information and images are accurate as of publication, but subject to change.*



*Information and images are accurate as of publication, but subject to change.*

## Software

The ViVitro ADC Heart Valve Durability Tester with Automatic Dual Control Technology uses a proprietary software platform with a user- friendly interface. All in-software allows individual control of each test module.

## Features

- Independent settings and controls for each test module, including stroke amplitude, fluid bypass control for differential pressure adjustment, test frequency, temperature, and many more
- Fully software-controlled system requires no manual adjustments
- Continuous and/or periodic data monitoring records ISO 5840 conformance as required for AWT and DFM
- Easy control and settings navigation between test modules
- Integrated pressure calibration wizard
- Waveforms display for inflow outflow pressure, differential pressure
- Individual test module parameters display windows show passing cycles count, operating frequency, fluid temperature, peak to peak differential pressure, ¨% cycle pass, % pressure pass, and total number of passing cycles
- Test sample identification data embedded in test log with calibration values



*Information and images are accurate as of publication, but subject to change.*

## Continuous data log mode

Cycle to cycle information (peak differential, % of cycle meeting target pressure) can be collected for a predefined periods of time and saved over multiple .CSV files.  Data is recorded in engineering units.

## Period data log mode

- Fixed number of cycles captured
- Periodic data report automatically generated based on user predefined parameters:
- Ability to periodically save entire waveform with user(s) defined output data (inflow and outflow waveforms minimum capture, and other test parameters)
- User-friendly field selector for output data

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise without the prior written permission of the Publisher. Information and images are accurate as of publication, but subject to change.

**Limit of Liability/Disclaimer of Warranty:** While the publisher and author have used their best efforts in preparing this document, they make no representation or warranties with respect to the accuracy or completeness of the contents of this document and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales material. The advice and strategies contained herein may not be suitable for your situation. Neither the Publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential or other damages.

**455 Boleskine Road, Victoria B.C. Canada, V8Z 1E7  |  (250) 388-3531**
**24-26 Blvd. Gay Lussac, Immeuble Energie, 13014 Marseille, France  |  +33 4 86 68 68 10**

**info@ViVitroLabs.com  |  www.ViVitroLabs.com**

Copyright © 2022 by ViVitro Labs Inc. All rights reserved.



#2599_v8  |  Sept. 14, 2022

# Exhibit C

CONFIDENTIAL PREVIEW



# VIVITRO ADC™
# HEART VALVE
# DURABILITY TESTER



Feature F- Excess Volume Area

Feature E- Fluid Return Conduit

Feature D- fluid return chamber

Feature A- pressure Source

Valved prosthetic Device

ViVitro ADC Heart Valve Durability Tester - 6 test module configuration

*Information and images are accurate as of publication, but subject to change.*

Feature C- Fluid Distribution Chamber

Feature B- Pressurizable Test Chamber

Feature G- signal generator

## Automatic Dual Control Technology (ADC)
## Greater accuracy, less manual interaction saves time

**ADC automates individual test module stroke and pressure control.**

• Dedicated linear electromagnetic motor utilizes position feedback for consistent heart valve opening.

• By-pass restrictor with patented control algorithm automatically maintains valve differential pressure.

# Exhibit D

 1 (250) 388-3531 (tel:12503883531)      +33 4 86 68 68 10 (tel:+33486686810)


(https://vivitrolabs.com/)

« News & Press Releases (https://vivitrolabs.com/press-releases/?y=2023)

# Meet with ViVitro Labs at HVS 2023

March 20th, 2023

Share this...



(https://heartvalvesociety.org/meeting/)

HVS is an international and multi-disciplinary society which offers global members and attendees education and training in all aspects of heart valve disease and treatment. HVS 2023, the 2023 Scientific Meeting, will be held March 29 thru April 1, 2023 at the Hotel IPV Palace in Malaga, Spain.

*Connect with Jérémie Decressac (mailto: jdecressac@vivitrolabs.com), ViVitro Labs Business Development Manager, Europe, Africa, Israel, at HVS 2023 to discuss your cardiovascular device testing and engineering challenges.*

**Name** *

First

Last

## Organization

## Email *

## What would you like to discuss in our meeting? *

## Multiple Choice

○ Wednesday, March 29

○ Thursday, March 30

○ Friday, March 31

○ Saturday, April 1

Request Appointment

**ViVitro Labs Heart Valve Durability Tester with ADC™ technology**

Meet with ViVitro Labs at HVS 2023 - ViVitro Labs



# *ViVitro Labs Heart Valve Durability Tester with ADC™ technology offers greater accuracy, less manual interaction saves time*

ADC automates individual test module stroke and pressure control.

- Dedicated linear electromagnetic motor utilizes position feedback for consistent heart valve opening.
- By-pass restrictor with patented control algorithm automatically maintains valve differential pressure.
- Continuous real-time data analysis counts every ISO cycle and yields 0% count error.

A prewired controller unit and data acquisition system accommodates any combination of up to 6 test modules.

Transparent customizable test chambers are designed for maximum flexibility to fit any valve size and geometry with optimum inflow, outflow, and lateral visibility on test samples.

ViVitro's Heart Valve Durability Tester with ADC Technology has independent test modules that enable fast, easy interchangeability of test samples and system components with minimum disruptions to adjacent on-going test modules.

Automatic Dual Control technology maintains valve loading conditions throughout the entire test for up to 6 individually controlled chambers.

Flow Loop System autonomously runs under a low hydrostatic pressure head, which decreases the load on all seals and bellows. No external pressure source or compressor is required.

Contact us (https://vivitrolabs.com/contact/) to learn more about the Heart Valve Durability Tester with ADC Technology and how ViVitro can help you meet your cardiovascular device testing needs.

   (https://vivitrolabs.com/wp-content/uploads/2022/09/ADC-

Heart-Valve-Durability-Tester_Brochure.pdf)


# ViVitro Pulse Duplicator system



The ViVitro Pulse Duplicator system is the world's most widely cited and most used in-vitro cardiovascular hydrodynamic testing system.

The ViVitro Pulse Duplicator simulates the function of the heart (left or right) by generating pulsatile flow through prosthetic heart valves placed in the Model Heart (Left or Right). Powered by the ViVitro SuperPump pulsatile pump, it is composed of the ViVitro Model Heart (Left or Right), SuperPump pulsatile pump (https://vivitrolabs.com/product/superpump/), Flow Measuring System and ViViTest data acquisition system (https://vivitrolabs.com/wp-content/uploads/2014/06/ViVitro-Data-Acquisition-Software.pdf). The components work together to assess the performance of prosthetic heart valves under simulated cardiac conditions. The ViVitro Pulse Duplicator System is used by the US Food and Drug Administration and is recognised and used by regulatory bodies worldwide including TÜV, BSI and Chinese CFDA.

The Pulse Duplicator System assesses the performance of cardiovascular devices and prosthetic heart valves under simulated cardiac conditions. It simulates physiological or other complex flow variations while allowing the user to vary the peripheral resistance and compliance of the system. Pressure ports and flow measuring locations allow for data to be collected from aortic or mitral sites. Transparent viewpoints allow multiple viewing angles of the valve including inflow and outflow.

Combined with the ViVitest software control system, it quickly, easily and reliably collects and analyzes physiological flow and pressure data. The ViVitest software also allows the user to easily modify and customize waveforms.

**View ViVitro Pulse Duplicator web page.**

**The ViVitro Pulse Duplicator System is cited in numerous research studies throughout the world. Visit our Citation Database (https://vivitrolabs.com/company/cited-publications/?filter=pulse-duplicator) for the current list of applications and articles.**

 (https://vivitrolabs.com/wp-content/uploads/2016/02/1764_ViVitro_SalesSheetJuly2018_PulseDuplicator.pdf)

# Cardiovascular Device Testing Services (https://vivitrolabs.com/services/)



(https://vivitrolabs.com/services/)

ViVitro Labs offers cardiovascular device testing services as either ISO 17025:2017 accredited or non accredited to help device manufacturers meet the highest standards in the industry in support of regulatory submissions.

*Connect with Jérémie Decressac (mailto: jdecressac@vivitrolabs.com), ViVitro Labs Business Development Manager, Europe, Africa, Israel, at HVS 2023 to discuss your cardiovascular device testing and engineering challenges.*

Join over 5000 cardiovascular device professionals who receive our testing and engineering insights and tips every month.

email address                                                                    SUBSCRIBE

Home (https://vivitrolabs.com/)

About Vivitro Labs (https://vivitrolabs.com/company)

News & Press Releases (https://vivitrolabs.com/press-releases)

Careers (https://vivitrolabs.com/careers)

Contact (https://vivitrolabs.com/contact)

Equipment (https://vivitrolabs.com/products)

Testing Services (https://vivitrolabs.com/services)

Customized Equipment (https://vivitrolabs.com/customization)

Support (https://vivitrolabs.com/support)

 (https://vivitrolabs.com/)

1.250.388.3531 (tel:12503883531)

info@vivitrolabs.com (mailto:info@vivitrolabs.com)

 (https://facebook.com/ViVitroLabs)   (https://twitter.com/ViVitroLabs)   
(https://www.linkedin.com/company/vivitro-labs-inc-)

©2023 ViVitro Labs                                    Privacy (https://vivitrolabs.com/privacy)

ViVitro Labs

# VIVITRO ADC™
# HEART VALVE
# DURABILITY TESTER



**ViVitro ADC Heart Valve Durability Tester
- 6 test module configuration**

*Information and images are accurate as of publication, but subject to change.*

## Automatic Dual Control Technology (ADC)
## Greater accuracy, less manual interaction saves time

**ADC automates individual test module stroke and pressure control.**

• Dedicated linear electromagnetic motor utilizes position feedback for consistent heart valve opening.

• By-pass restrictor with patented control algorithm automatically maintains valve differential pressure.

• Continuous real-time data analysis counts every ISO cycle and yields 0% count error.

A prewired controller unit and data acquisition system accommodates any combination of up to 6 test modules.

Transparent customizable test chambers are designed for maximum flexibility to fit any valve size and geometry with optimum inflow, outflow, and lateral visibility on test samples.

ViVitro ADC Heart Valve Durability Tester independent test modules enable fast, easy interchangeability of test samples and system components with minimum disruptions to adjacent on-going test modules.

Automatic Dual Control technology maintains valve loading conditions throughout the entire test for up to 6 individually controlled chambers.

Flow Loop System autonomously runs under a low hydrostatic pressure head, which decreases the load on all seals and bellows. No external pressure source or compressor is required.

ViVitro ADC Heart Valve Durability Tester meets ISO 5840 AWT, DFM test requirements for all valve types and designs including: transcatheter and surgical valves: aortic, mitral, pulmonary and tricuspid valve technologies, biological tissue valves, rigid metallic or polymeric and soft polymeric valve technologies.

ViVitro ADC Heart Valve Durability Tester can be used to assess cardiac valve repair devices, transcatheter cardiac occluders, and cardiac implant devices.

## More ViVitro ADC Heart Valve Durability Tester Features

- True independent test modules with no fluid connections and dedicated electronics including linear electromagnetic motors, automated by-pass control, and temperature measurement.
- Automatic control system maintains optimum valve loading conditions during accelerated wear or real time testing.
- Large, customizable test chamber design fits all valve sizes and geometry and accommodates supporting structure(s).
- Modular system optimizes part and component interchangeability.
- Standalone architecture eliminates neighboring module disruptions.
- Vertical test sample configuration minimizes gravity effects on valve leaflets, leading to symmetric wear.
- Valve holder design facilitates chamber seal integrity.
- Integrated anti-vibration systems minimize pressure signal disruptions and improve high speed video quality.
- Inflow and outflow chamber annular compliance rings optimize differential pressure waveforms.
- Independent heater and temperature sensors each test module and corresponding test valve.

- Adjustable intensity annular LED light delivers maximum high-speed imaging luminosity with minimal reflection impact.
- Customizable valve annulus ring fits all valve geometries.
- Adjustable outflow pressure sensor height accommodates different valve designs, including valves in conduits.
- Pressure design features low system mean (approx. 10 mmHg) for load reduction and increased lifespan of seals and bellows. No external pressure source or compressor required.
- Camera holder ensures repeatable high-speed camera positioning, increased test image capture quality and reliability between inspection cycles.
- Embedded safety systems include bellows leakage sensor, fluid level detector, temperature change and pressure drop monitoring.
- Sliding test module mechanism provides test sample inflow visualization and ease of servicing.
- Optimum test chamber visibility for image capture in outflow, inflow, front, lateral, and 45° viewing positions.



## ViVitro ADC Heart Valve Durability Tester - 2 test module configuration

*Information and images are accurate as of publication, but subject to change.*



Adjustable intensity annular LED light *

High Speed Camera w/ CMOS sensor *

Test module visual indicator

ADC: Automatic Pressure Control and Automatic Stroke Control

Continuous and periodic data logging

Integrated fluid heating system and temperature measurement

20mm F2.0 Manual lens

Vertical test sample orientation

OUT

IN

1 Analog signal OUT (waveform generator)

3 Analog signal IN

12 Analog pressure transducer ports

Prewired controller: Up to 6 test modules

Inflow and outflow annular compliance rings

Anti-vibration systems

Fluid sensor for bellow leakage detection

Quick fill and drain

Single inflow, and 3 different heights of outflow pressure measurements

Outflow, inflow, front, both sides, and 45° view

Sliding test module mechanism

SYNC output

External Waveform In

*Optional items*

## Specifications

| | |
|---|---|
| **Test module weight:** | Empty = 20.6 kg/module<br>Full = 22.1 kg/module |
| **Full Controller and Data Acquisition unit weight:** | 8.4 kg |
| **Footprint - 6 modules configuration:** | Min Bench Length = 1650 mm*<br>Min Bench Depth = 600 mm<br>Height = 362 mm (without Camera)<br>Height = 400 mm (with Camera) |
| **Footprint - 2 modules configuration:** | Min Bench Length = 850 mm*<br>Min Bench Depth = 600 mm<br>Height = 362 mm (without Camera)<br>Height = 400 mm (with Camera) |
| **Controller power supply requirements fully loaded:** | 675 W w/ 6 chambers with controller, 1 light ring, heaters on, at 100 mmHg No DAQ, No PC |
| **System operating frequencies[2]:**<br>[2] Tested w/ calibrated orifice | 1 Hz to 70 Hz[1]<br>[1] Test sample behavior and frequency response dependant. |
| **Test chamber diameter** | Max support OD: 95 mm |
| **Test chamber height & clearance:** | Total Height/clearance up to 113.5 mm |
| **Piston max stroke volume:** | 38 ml/stroke |
| **Test chamber transparency:** | Inflow, outflow, left and right, 1 angle at right 45° |
| **Average hydrostatic pressure head:** | 10 mmHg |

*Minimal distance between units: 30 mm*



**ViVitro ADC Heart Valve Durability Tester
- 1 test module configuration**

*Information and images are accurate as of publication, but subject to change.*



*Information and images are accurate as of publication, but subject to change.*

## Software

The ViVitro ADC Heart Valve Durability Tester with Automatic Dual Control Technology uses a proprietary software platform with a user- friendly interface. All in-software allows individual control of each test module.

## Features

- Independent settings and controls for each test module, including stroke amplitude, fluid bypass control for differential pressure adjustment, test frequency, temperature, and many more
- Fully software-controlled system requires no manual adjustments
- Continuous and/or periodic data monitoring records ISO 5840 conformance as required for AWT and DFM
- Easy control and settings navigation between test modules
- Integrated pressure calibration wizard
- Waveforms display for inflow outflow pressure, differential pressure
- Individual test module parameters display windows show passing cycles count, operating frequency, fluid temperature, peak to peak differential pressure, ¨% cycle pass, % pressure pass, and total number of passing cycles
- Test sample identification data embedded in test log with calibration values



*Information and images are accurate as of publication, but subject to change.*

## Continuous data log mode

Cycle to cycle information (peak differential, % of cycle meeting target pressure) can be collected for a predefined periods of time and saved over multiple .CSV files.  Data is recorded in engineering units.

## Period data log mode

- Fixed number of cycles captured
- Periodic data report automatically generated based on user predefined parameters:
- Ability to periodically save entire waveform with user(s) defined output data (inflow and outflow waveforms minimum capture, and other test parameters)
- User-friendly field selector for output data

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise without the prior written permission of the Publisher. Information and images are accurate as of publication, but subject to change.

**Limit of Liability/Disclaimer of Warranty:** While the publisher and author have used their best efforts in preparing this document, they make no representation or warranties with respect to the accuracy or completeness of the contents of this document and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales material. The advice and strategies contained herein may not be suitable for your situation. Neither the Publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential or other damages.

**455 Boleskine Road, Victoria B.C. Canada, V8Z 1E7  |  (250) 388-3531**
**24-26 Blvd. Gay Lussac, Immeuble Energie, 13014 Marseille, France  |  +33 4 86 68 68 10**

**info@ViVitroLabs.com  |  www.ViVitroLabs.com**

Copyright © 2022 by ViVitro Labs Inc. All rights reserved.

#2599_v8  |  Sept. 14, 2022



# Exhibit E

The Wayback Machine - https://web.archive.org/web/20220926142419/https://vivitrolabs.com/product/a...

🇨🇦 1 (250) 388-3531
(tel:12503883531)

🇪🇺 +33 4 86 68 68 10
(https://web.archive.org/web/20220926142419/tel:+33486686810)

 Labs
(https://web.archive.org/web/20220926142419/https://vivitrolabs.com/)



**ViVitro ADC™ Heart Valve Durability Tester**

**Accelerated wear testing for replacement heart valves**

OVERVIEW (HTTPS://WEB.ARCHIVE.ORG/WEB/20220926142419/HTTPS://VIVITROLABS.COM/PRODUCT/ADC-HEART-VALVE-DURABILITY-TESTER)

FEATURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20220926142419/HTTPS://VIVITROLABS.COM/PRODUCT/ADC-HEART-VALVE-DURABILITY-TESTER?TAB=FEATURES)

SOFTWARE (HTTPS://WEB.ARCHIVE.ORG/WEB/20220926142419/HTTPS://VIVITROLABS.COM/PRODUCT/ADC-HEART-VALVE-DURABILITY-TESTER?TAB=SOFTWARE)

SPECIFICATIONS (HTTPS://WEB.ARCHIVE.ORG/WEB/20220926142419/HTTPS://VIVITROLABS.COM/PRODUCT/ADC-HEART-VALVE-DURABILITY-TESTER?TAB=SPECS)

## *Automatic Dual Control Technology (ADC)*
## *Greater accuracy, less manual interaction saves time*

ADC automates individual test module stroke and pressure control.

- Dedicated linear electromagnetic motor utilizes position feedback for consistent heart valve opening.

- By-pass restrictor with patented control algorithm automatically maintains valve differential pressure.

- Continuous real-time data analysis counts every ISO cycle and yields 0% count error

A prewired controller unit and data acquisition system accommodates any combination of up to 6 test modules.

Transparent customizable test chambers are designed for maximum flexibility to fit any valve size and geometry with optimum inflow, outflow, and lateral visibility on test samples.

ViVitro ADC Heart Valve Durability Tester Independent test modules enable fast, easy interchangeability of test samples and system components with minimum disruptions to adjacent on-going test modules.

Automatic Dual Control technology maintains valve loading conditions throughout the entire test for up to 6 individually controlled chambers.

Flow Loop System autonomously runs under a low hydrostatic pressure head, which decreases the load on all seals and bellows. No external pressure source or compressor is required.

Contact us (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/contact/) to learn more about the ADC Heart Valve Durability Tester and how ViVitro can help you meet your cardiovascular device testing needs.



(https://web.archive.org/web/20220926142419/https://vivitrolabs.com/wp-content/uploads/2022/09/ADC-Heart-Valve-Durability-Tester_Brochure.pdf)

ViVitro ADC Heart Valve Durability Tester meets ISO 5840 AWT, DFM test requirements for all valve types and designs including: transcatheter and surgical valves:
aortic, mitral, pulmonary and tricuspid valve technologies, biological tissue valves, rigid metallic or polymeric and soft polymeric valve technologies.

ViVitro ADC Heart Valve Durability Tester can be used to assess cardiac valve repair devices, transcatheter cardiac occluders, and cardiac implant devices.

Join over 5000 cardiovascular device professionals who receive our testing and engineering insights and tips every month.

email address                                                                          SUBSCRIBE

Home (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/)

News & Press Releases (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/press-releases)

Careers (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/careers)

Contact (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/contact)

About Vivitro Labs (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company)

Management Team (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/management-team)

Advisory Board (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/advisory-board)

Cardiovascular Pioneers (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/pioneers)

Cited Publications (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/cited-publications)

Company History (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/company/timeline)

Equipment (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/products)

Testing Services (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/services)

Customized Equipment (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/customization)

Support (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/support)

 (https://web.archive.org/web/20220926142419/https://vivitrolabs.com/)

# 1.250.388.3531 (tel:12503883531)

info@vivitrolabs.com (https://web.archive.org/web/20220926142419/mailto:info@vivitrolabs.com)

(https://web.archive.org/web/20220926142419/https://facebook.com/ViVitroLabs)

(https://web.archive.org/web/20220926142419/https://twitter.com/ViVitroLabs)

(https://web.archive.org/web/20220926142419/https://www.linkedin.com/company/vivitro-labs-inc-)

©2022 ViVitro Labs

Privacy

(https://web.archive.org/web/20220926142419/https://vivitrolabs.com/privacy)