IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 23-cv-00867-PAB

BIOMEDICAL DEVICE CONSULTANTS & LABORATORIES OF COLORADO, LLC,

    Plaintiff,

v.

VIVITRO LABS, INC.,

    Defendant.

---

**ORDER TRANSFERRING CASE**

---

Based on my unavailability April 6, 2023 to April 24, 2023, it is

ORDERED that, pursuant to D.C.COLO.LCivR 40.1(a), this case is transferred to Senior Judge John L. Kane.

DATED April 13, 2023.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge