# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-867-JLK

BIOMEDICAL DEVICE CONSULTANTS &
LABORATORIES OF COLORADO, LLC,

    Plaintiff,

v.

VIVITRO LABS, INC.,

    Defendant.

---

## [PROPOSED] ORDER GRANTING
## DEFENDANT'S MOTION TO DISMISS

---

The Court, having reviewed and considered Defendant ViVitro Labs Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, hereby GRANTS the Motion.

SO ORDERED this _____ day of _____, 2023.

    BY THE COURT:

    _____
    THE HON. JOHN L. KANE
    SENIOR U.S. DISTRICT JUDGE