# Exhibit 1
# Redacted

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-867-JLK

BIOMEDICAL DEVICE CONSULTANTS &
LABORATORIES OF COLORADO, LLC,

    Plaintiff,

v.

VIVITRO LABS INC.,

    Defendant.

## DECLARATION OF KARIM MOUNEIMNÉ IN SUPPORT OF RESPONSE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

I, Karim Patrick Mouneimné, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the matters set forth below, and I am competent to testify with respect to them.

2. I am a citizen of France and a permanent resident of Canada. I am the President of ViVitro Labs Inc. ("ViVitro"). I have been employed at ViVitro since October 4, 2019. Before that, I was employed by Protomed Labs SASU from 2008 to 2019, when it was then acquired by ViVitro.

3. I personally have over 25 years of medical device industry experience and have held commercial development and R&D positions with manufacturers including Johnson and Johnson and Edwards Life Sciences. I hold a both Bachelor of Science and Master of Science degrees in Biomedical Engineering from Arizona State University.

Page 1 of 12

### A. Background of ViVitro and its Reputation for Reliability and Innovation

4. ViVitro is a test equipment and a contract testing services company specializing in providing engineering solutions to cardiovascular medical device manufacturers and research organizations around the world. The company is organized and exists under the laws of Canada.

5. ViVitro is made up of a team of highly knowledgeable and respected professionals whose mission is to help bring safer, more effective cardiovascular devices to market faster. ViVitro specializes in testing and de-risking device designs in preclinical phases, by providing reliable, repeatable, and scalable engineering solutions for cardiovascular device testing. ViVitro's instruments and engineering solutions are the most widely cited equipment in academic and research publications.

6. ViVitro offers a wide range of specialized test equipment offering turnkey solutions for a wide variety of devices, which are used by companies and universities for R&D, manufacturing, marketing, and training. ViVitro has a global network of test laboratories (which also serve as equipment show rooms) offering a wide range of in-vitro tests. To complement both of these activities, ViVitro has a global network of consultants that not only "dig deeper" into early-stage designs, but also can give regulatory advice and connect people with animal test labs and clinical sites.

7. ViVitro is also connected to a deep network of academics who are at the cutting edge of cardiovascular research. As novel technologies emerge, ViVitro is typically among the first to develop in-vitro test platforms to assess them. ViVitro combines emerging technologies into complete solutions that are easy to use and maintain.

8. ViVitro offers global support at an unmatched level in the industry. This support is tailored to each country and can satisfy even the most demanding needs of a production

environment. As one example, ViVitro is actively involved in developing standards globally and has close relationships with regulators around the world, including the United States Food & Drug Administration ("FDA").

9. ISO 17025 is the most recognized international standard for competence of testing in the industry. To my knowledge, ViVitro is the only dedicated cardiovascular testing group with two ISO 17025 accredited laboratories. This unique configuration allows ViVitro to deliver reliable, repeatable and scalable engineering solutions (equipment and contract testing) to medical device manufacturers around the world.

### B. The HiCycle Accelerated Durability Tester that Predates the '935 Patent, and the Differences in Drive Motor Architecture

10. ViVitro (f/k/a ViVitro Systems Inc.) developed an accelerated durability tester for prosthetic heart valves known as HiCycle in the early 1990s. The product has been sold in many countries in the world, including the United States. The HiCycle was one of the leading valve testers in the world for many years. The HiCycle was designed to test six valves simultaneously. The six valves are all activated by one central drive motor; this method is called Central Drive Motor ("CDM") architecture. The pressure in each valve chamber is manually adjusted by a bypass restrictor valve.

11. Around 2011–2012, ViVitro and Dynatek Dalta, (now Dynatek Labs, "Dynatek") were the only two well established competitors that were offering a prosthetic heart valves accelerated durability tester using the CDM architecture. The CDM architecture activates six samples simultaneously and provides an efficient way of testing large sample size studies during production validation. In the CDM architecture, the test samples are positioned in a concentrated and circular manner around the central drive system. The use of the six-chamber configuration by both companies was not a coincidence; it was because of the older versions of a governing

Page 3 of 12

standard, the ISO 5840 standard, which often required specific sampling plans such as: 3 test samples +1 control or 5 samples +1 control. Systems with CDM architecture are harder to tune and require more vigilance and better training, but they are still ideal for studies with large sample sizes.

12. Around 2011–2012, Blockwise Engineering LLC entered the market with an inexpensive accelerated durability tester using a standalone Single Drive Motor ("SDM") architecture, i.e., having each test valve activated by a separate motor. Blockwise's system had limited performance capabilities and did not fully meet the stringent test requirements of the ISO 5840 prosthetic heart valves standard. However, the system appealed to customers during early-stage prototyping phases. Around the same time, BDC entered the market with a similar SDM architecture but provided prepackaged 2- and 6-module configurations that met ISO 5840 test requirements.

13. Systems with SDM architecture are usually easier to tune and require less vigilance. The SDM architecture was designed to address some of the limitations of the CDM architecture by providing a more user-friendly system at the cost of using more space.

14. The SDM architecture was not a revolutionary design and did not require any specific new technology. It simply consisted of adding five more single drive motors to the tester to provide a way to control individual test conditions on each test sample. For studies with large

sample sizes (e.g., 3+1 or 5+1), the SDM architecture requires a linear configuration—as shown below in the picture of BDC's VDT-3600i—and consequently uses more laboratory space.



BDC VDT-3600i

15. Test systems stability, test data repeatability, and reliability are key parameters in the device industry especially during regulatory submission phases. Around 2011–2012, there was wide-spread market acceptance from both a technological and price perspective of established and reliable prosthetic heart valve accelerated durability testers. Both the Dynatek and ViVitro testers had an established track record for testing and validating the performance of prosthetic heart valves. Manufacturers relied on this track record to secure FDA regulatory submission phases.

16. BDC's VDT-3600i product subsequently achieved substantial commercial success because of the perceived benefits of the SDM architecture. But the SDM architecture was not a technological breakthrough in the medical device industry. Moreover, the market adoption of the SDM was not related to the "excess volume area" on the outflow side of a sample test valve that is the subject of the patent that BDC is asserting against ViVitro in this case, U.S. Patent No. 9,237,935 (the "'935 Patent."). In addition, the VDT-3600i product physically

connects the test modules, causing interference between the modules, which limits the benefit of the SDM architecture.

17. Furthermore, the VDT-3600i, the current commercial unit sold by BDC, does not follow the design disclosed in the '935 Patent, which describes a CDM architecture design similar to ViVitro's pre-existing HiCycle design, as shown by the two tables below:





18. By selling the VDT-3600i at approximately the same price as other established systems with CDM architecture from both Dynatek and ViVitro, BDC was able to show the cost benefits of the package. BDC also touted the system's tunability and user friendliness. By touting these practical benefits of the test system with SDM architecture, BDC was able to convince many large device manufacturers to try a new tester for their device validation program. But the change from CDM to SDM was not a technical advancement—rather, it was driven by user preference.

19. ViVitro still leads the market in relation to other products, such as its heart valve pulse duplicator, which is a system used to verify the performance of the heart valve prosthesis at specific inspection time during accelerated heart valve testing (i.e., every 40 M Cycles). Medical device manufacturers still choose alternative heart valve pulse duplicator systems from different suppliers even if they use the BDC VDT-3600i for accelerated durability testing. The ViVitro Pulse Duplicator with its Super Pump is still the preferred test system and has been extensively cited in a significant number of academic publications.[1]

C. **ViVitro's New ADC Tester**

20. The reliability of the BDC VDT-3600i has been questioned by some heart valve prosthesis manufacturers. The market desires more reliable and consistent results. In 2020, to replace its old HiCycle tester and at the same time address the deficiencies and limitations of the current SDM architecture systems, ViVitro began developing an advanced accelerated durability tester for prosthetic heart valves. This is ViVitro's forthcoming Heart Valve Durability Tester with Advanced Dual Control (ADC) Technology (the "ADC Tester"), the product that I understand BDC claims in this case infringes the '935 Patent.

---

[1] See https://vivitrolabs.com/company/cited-publications.

█████████████

21. ViVitro's ADC Tester has been designed to provide a reliable and repeatable method to test the heart valve prosthesis and reduce device design risks at the preclinical stage.

22. ViVitro's ADC Tester is more advanced than the BDC VDT-3600i and solves problems and customer demands not met by the VDT-3600i.

    a. **Examples of the Unique Features of ViVitro's ADC Tester**

23. The ADC Tester introduces several innovations, some of which are the subject of ViVitro's own patent applications. For example, it incorporates a patented bypass restrictor valve control.

24. As another example, to prevent the "interference" or vibrational effects between test modules connected to each other, like in the "linear configuration" of BDC's device, ViVitro's ADC Tester physically separates each test chamber and brings to the market a true SDM architecture.

25. Also, to improve compliance to the system, ViVitro's ADC Tester uses closed "annular compliance rings" rather than a pressurized chamber. The compliance rings do not exchange any fluid or gas with the outflow chamber of the ADC Tester. Instead, when accelerated testing is performed, the test chamber is filled to the top with liquid. The ADC Tester is designed so that it is "de-bubbled" before accelerated testing is performed in order to remove all the air from the test chamber.

26. Additionally, to optimize valve loading conditions, ViVitro's ADC Tester has an automatic control system that applies dual-control technology. Each independent test module allows for easy interchangeability of test samples and system components with minimum disruptions to adjacent modules. For consistent heart valve opening, the ADC Tester uses a dedicated linear electromagnetic motor. To maintain the valve pressure, ViVitro's by-pass restrictor utilizes a patented control algorithm. Further, to reduce test time and allow for instant

inspection of prosthetic heart valves under test during operation, ViVitro's ADC Tester has five transparent orthogonal sides. Once on the market, the dual control technology and other features of ViVitro's ADC Tester will provide significant advantages over the VDT-3600i.

27. The images in the document labeled VIVITRO_000001 through -04 are true and accurate copies of the engineering drawing files for the ADC Tester and, specifically, the Valve Chamber components. VIVITRO_000004 (below) labels the parts of the Valve Chamber:

Valve Chamber Section View



28. The increased reliability and repeatability of the data generated by the ADC Tester provides, we believe, the best possible path forward to avoid costly false positive and false negative results. ViVitro's ADC Tester provides the means to de-risk the lengthy and costly medical device development process associated with heart valve prosthesis. In doing so, ViVitro's technology and innovations contribute to the industry's continuous desire to improve even more complex heart valve prosthesis designs that in time will improve patient care.

29. The US is the largest market for medical device innovation. The US is home to the largest and most influential medical device companies in the world (Edwards Lifesciences, Abbott, Medtronic, Boston Scientific). Prohibiting ViVitro from bringing this new product to the market would prevent medical device manufacturers particularly in the US and around the world from addressing significant deficiencies with the existing commercially available testers. As such, an injunction would harm the medical device industry and patient care particularly in the US. Limiting the companies bringing test solutions to the market to one or two entities would significantly stifle innovation and technological advancements that improve the safety and the reliability of medical devices. Medical device manufacturers and reputable testing laboratories like ViVitro contribute to the advancement of patient care in the US and around the world.

30. ViVitro has not yet produced any units of the ADC Tester for commercial sale. The design phase of the project to deliver commercially viable devices (i.e., products that meet ViVitro's high quality standards for final, commercial units) is not complete.

31. ViVitro has not made any sales of the ADC Tester to any businesses or customers operating in the United States. ViVitro has not received any purchase orders from businesses or customers operating in the United States. The only purchase orders ViVitro has received for the ADC Tester are from businesses and customers based in India, China, and Australia.

### D. ViVitro's Business Will Be Seriously Harmed by the Entry of An Injunction

32. ViVitro has spent significant resources developing and marketing the ADC Tester. To my knowledge, the research and development expenses related to the ADC Tester are ▆▆▆▆. The estimated total cost of pre-launching ViVitro's ADC Tester is ▆▆▆▆ since June of 2022 (the cost of a relaunch ▆▆▆▆). That investment would be at risk if ViVitro is now enjoined from actually making or selling the ADC Tester.

33. ViVitro's reputation for reliability and innovation is essential to its customer relationships and business. ViVitro's clients expect that ViVitro will be able to meet its commitments to deliver products and services on time. Medical device manufacturers are very sensitive to disruptions in the design process. Clients likewise expect that ViVitro will be able to launch new products on schedule.

34. Because of the expense and importance of such equipment, customers in the medical device testing industry are sophisticated and use great care before committing to a vendor. ViVitro has spent more than eight months introducing its ADC Tester product to customers.

35. If ViVitro has to halt the product pre-launch of the ADC Tester, it will harm its reputation as a reliable, innovative supplier which will have a long-lasting negative effect on ViVitro's entire business.

36. The negative impact on ViVitro's business is difficult, if not impossible, to measure accurately, but we believe it would be severe.

37. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of May 2023.

_(signature)_