# Exhibit 8
# Redacted

## Vivitro Accelerated Durability Tester for Prosthetic Heart Valves



VIVITRO_000001

Valve Chamber Section View



VIVITRO_000002

Valve Chamber Section View - Tilted



VIVITRO_000003

## Valve Chamber Section View



VIVITRO_000004