# Exhibit 9

- CONFIDENTIAL-ATTORNEYS EYES ONLY-

THIS DOCUMENT IS CONFIDENTIAL AND IS ONLY BEING FILED AS RESTRICTED - LEVEL 1

IT IS NOT TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT