IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-867-JLK

BIOMEDICAL DEVICE CONSULTANTS &
LABORATORIES OF COLORADO, LLC,

    Plaintiff,

v.

VIVITRO LABS, INC.,

    Defendant.

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO RESTRICT

The Court, having reviewed and considered Defendant ViVitro Labs Inc.'s Unopposed Motion to Restrict the un-redacted version of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 24) and the associated Exhibits 1, 8, and 9, hereby GRANTS the Motion. Accordingly, it is hereby ORDERED that public access will be restricted (Level 1) to ECF No. 24 and Exhibits 1, 8, and 9 of ECF No. 24.

SO ORDERED this _____day of _____, 2023.

                                              BY THE COURT:

                                              _____

                                              THE HON. JOHN L. KANE
                                              SENIOR U.S. DISTRICT JUDGE